### WIGET v SCHADEL

Ohio Appeals, 2nd Dist, Franklin Co.

No. 3092.  Decided Oct. 25, 1939.

B. B. Bridge, Columbus and Paul R. Gingher, Columbus, for defendant-appellee, and for the motion.

Schwartz & Gurevitz, Columbus, for plaintiff-appellant, and contra the motion.

### OPINION

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal and affirm the judgment on two grounds:

1. That no bill of exceptions has been filed either in the Common Pleas Court or in this Court.

2. Briefs have not been filed in this Court as provided by Rule VII.

The motion will be sustained. Judgment affirmed.

HORNBECK, PJ., GEIGER & BARNES, JJ., concur.